IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES E. KUROWSKI,<br>             **Plaintiff,**<br><br>        v.<br><br>CITY OF WASHINGTON, **RON MCINTYRE**,<br>Code Officer, and **RON MCINTYRE**,<br>Individually,<br>             **Defendants.** | )<br>)<br>)<br>)<br>) 2:14-cv-1495<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ORDER**

Plaintiff initiated this action on October 31, 2014, and promptly moved for a preliminary injunction, in which he sought to enjoin "any further condemnation or demolition proceedings" against a building he owns in the City of Washington. On December 17, 2014, the Court denied Plaintiff's motion, after having concluded that it could not grant Plaintiff's request for injunctive relief based on the *Younger* abstention doctrine. At the same time, because Plaintiff also brought a claim for damages, the Court decided to stay the action pending the resolution of Plaintiff's appeal of the condemnation proceedings in state court. Thereafter, Plaintiff filed a motion for reconsideration, which the Court denied, and the case has remained stayed ever since.

In the interim period, Defendants filed an answer to Plaintiff's complaint, and on May 6, 2015, the Court scheduled an initial case management conference pursuant to Fed. R. Civ. P. 16. However, upon learning from counsel that the state court action was still ongoing, the Court cancelled the conference, and noted via CM/ECF that the case remained stayed.

It has been approximately one year since that action was taken. In the meantime, the Court has not had any further correspondence with the parties, so the status of the state court proceedings is unclear. Accordingly, **on or before May 18, 2016**, the parties shall provide the

1

court with a joint status update via CM/ECF with regard to the state court proceedings and whether they believe this case should remain stayed.

**SO ORDERED**, this 4th day of May, 2016.

BY THE COURT:

s/ Terrence F. McVerry_____
Senior United States District Judge

cc: James R. Jeffries, Esq.
Email: jimmylaw_2002@yahoo.com

John F. Cambest, Esq.
Email: office@law-dmc.com

John L. Kwasneski, Esq.
Email: john.kwasneski@selective.com

(Via CM/ECF)